# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 21, 2023

The Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:  *United States v. Jamie Orsini*, 23 Mag. 4655

Dear Judge Krause,

    On Thursday, June 15, 2023, Ms. Orsini was presented to this Court, the Honorable Victoria Reznik presiding, on a Complaint. Ms. Orsini consented to detention without prejudice and the Court set a preliminary hearing date for June 29, 2023.

    We write to extend the time for a preliminary hearing to July 14, 2023, which would be the thirtieth day after Ms. Orsini was presented to the Court.

Sincerely,

Rachel Martin
Jonathan Marvinny
Assistant Federal Defenders

cc:    M. Maimin, Esq.
       K. Arroyo, Esq.