# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**David Patton**
*Executive Director and Attorney-in-Chief*

> Pursuant to this recommendation, Mr. Moskowitz is hereby appointed to represent Ms. Orsini as learned counsel in this matter.
>
> Dated: July 7, 2023

**SO ORDERED.**

*/s/ Andrew Krause*

_____
ANDREW E. KRAUSE
United States Magistrate Judge

**VIA EMAIL**

Honorable Andrew E. Krause
United States Magistrate Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Jamie Orsini**
      23 Mag 4655 (UA)

Dear Judge Krause:

    I write pursuant to 18 U.S.C. § 3005 and the SDNY Policy Governing Appointment of CJA Counsel in Capital cases to offer my recommendation to the Court for the appointment of learned counsel in the above-captioned capital case for Jamie Orsini, who is represented by Donald Yanella as lead counsel. I recommend the appointment of Avraham C. Moskowitz as learned counsel. Mr. Moskowitz is a member of the SDNY Capital Panel and has frequently been found learned in the law of capital cases. In arriving at the recommendation, I have contacted the government and defense counsel and have reviewed the conflict list. Mr. Moskowitz is available and does not appear to have any conflict.

    Please do not hesitate to contact me with any questions or concerns.

                                  Best regards,

                                  /s
                                  Jennifer L. Brown
                                  Attorney-in-Charge
                                  Federal Defenders of New York
                                  Tel.: (212) 417-8722/(646)763-1420