UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMIE ORSINI,

                    Defendant.

ORDER OF CONTINUANCE

23 Mag. 4655

Upon the application of the United States of America and the affirmation of Kaiya Arroyo, Assistant United States Attorney, it is found that JAMIE ORSINI, the defendant, was arrested on June 15, 2023, and was charged with violations of 18 U.S.C. §§ 371, 2119(3), and 2 in a complaint dated June 9, 2023, and was arrested on June 15, 2023;

It is further found that the defendant was presented before Magistrate Judge Victoria Reznik on June 15, 2023, and was detained; on June 23, 2023, Magistrate Judge Andrew E. Krause held a detention hearing, and continued the detention order.

It is further found that Rachel Martin, Esq., and Jonathan Marvinny, Esq.— who were initially appointed to represent the defendant—and Donald Yannella, Esq.—who has replaced Ms. Martin and Mr. Marvinny as counsel for the defendant— have been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial, as well as about whether the Government will seek the death penalty in this case, and that counsel for the defendant on behalf

of the defendant have agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **August 9, 2023.**

Dated:   White Plains, New York
         July 12, 2023

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMIE ORSINI,

                        Defendant.

AFFIRMATION

23 Mag. 4655

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER      : ss.:
SOUTHERN DISTRICT OF NEW YORK   )

KAIYA ARROYO, under penalty of perjury, hereby affirms as follows:

1.      I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2.      JAMIE ORSINI, the defendant, was charged with violations of 18 U.S.C. §§ 371, 2119(3), and 2 in a complaint dated June 9, 2023. The defendant was arrested and presented before Magistrate Judge Victoria Reznik on June 15, 2023, and was detained; on June 23, 2023, Magistrate Judge Andrew E. Krause held a detention hearing and continued the detention order.

3.      Rachel Martin, Esq., and Jonathan Marvinny, Esq.—who were initially appointed to represent the defendant—and Donald Yannella, Esq.—who has replaced Ms. Martin and Mr. Marvinny as counsel for the defendant—have been engaging in preliminary discussions with the Government concerning possible disposition of this

case without trial, as well as about whether the Government will seek the death penalty in this case, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

4.      On June 28, 2023, Ms. Martin and Mr. Marvinny confirmed by email on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances. On July 10, 2023, Mr. Yannella confirmed by email on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5.      For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on July 11, 2023.

KAIYA ARROYO
Assistant United States Attorney

2