Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email:**  nynjcrimlawyer@gmail.com
**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**

**135 Prospect Street**
**Ridgewood, NJ  07450**

> Application granted. Defendant's deadline to file its reply brief in support of its motion to dismiss shall be extended to November 22, 2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>               November 13, 2023

Hon. Philip M. Halpern
United States District Judge
300 Quaaropas Street
White Plains, NY 10601

      Re:    United States v. Jamie Orsini
              23 Cr. 402 (PMH)

Dear Judge Halpern:

     Avraham Moskowitz and I are counsel for Jamie Orsini, and our reply memorandum on the motion to dismiss is due today.  Mr. Moskowitz is away this week, and we need additional time to research and write our reply.  Without objection from the Government, we respectfully request that the deadline for our reply memorandum be changed to November 22, 2023.  Thank you for your courtesy and attention to this matter.

                                           Sincerely,

                                           /s/ Donald Yannella

                                           Donald Yannella, Esq.