UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

JAMIE ORSINI,

              Defendant.

**ORDER**

23-CR-00402 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Government filed the S1 Superseding Indictment in this case on January 9, 2024. (Doc. 38). Defense counsel is directed to file a letter via ECF, by January 12, 2024 at 5:00 p.m., advising on whether Defendant intends on pressing the pending motion to dismiss in light of the filing of the Superseding Indictment.

                                **SO ORDERED.**

Dated:  White Plains, New York
           January 10, 2024

                                PHILIP M. HALPERN
                                United States District Judge