Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email:** nynjcrimlawyer@gmail.com
**Tel:** (212) 226-2883
**Fax:** (646) 430-8379

**135 Prospect Street**
**Ridgewood, NJ 07450**

**299 Broadway, Suite 800**

> Defendant is directed to contact the magistrate judge on duty to schedule a change of counsel hearing. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 123).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 28, 2025

Hon. Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re:  United States v. Jamie Orsini
 23 Cr. 402 (PMH)

Dear Judge Halpern:

Avraham Moskowitz and I are the attorneys for Jamie Orsini in the above captioned case. On January 24, 2025, Ms. Orsini informed Mr. Moscowitz and me that she requests the appointment of new counsel. We respectfully request that the Court schedule a change of counsel hearing.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/ Donald Yannella

Donald Yannella, Esq.

cc. Jamie Orsini