**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

February 5, 2025

**By Email**
Hon. Andrew E. Krause
U. S. Magistrate Judge
300 Quarropas Street
White Plains, N.Y. 10601-4150

Re: <u>U.S. v. Jamie Orsini</u>
23 Cr. 402 (PMH)

Dear Judge Krause:

    On January 31, 2025, Ms. Orsini appeared before Your Honor following her request for the appointment of new counsel. At the end of the hearing, Your Honor suggested to Ms. Orsini that she reconsider her request and engage in a discussion with her current counsel to determine whether her differences with counsel could be reconciled.

    Following the hearing, I met with Ms. Orsini and we discussed the problems she was having with counsel and how she wanted to proceed. At the end of the conversation, we agreed to talk again this week. This afternoon, I had a telephone conversation with Mr. Yanella and Ms. Orsini in which Ms. Orsini stated that she wanted to withdraw her request for new counsel and continue working with Mr. Yanella and me. In light of Ms. Orsini's decision, it is respectfully requested that the Court cancel the change of counsel hearing scheduled to take place before Your Honor on February 12 at 10 a.m. Of course, if the Court would like to hear from Ms. Orsini directly that she has chosen to stay with her current counsel, I remain available to appear at the hearing as scheduled.

    Thank you in advance for your consideration of this letter.

Respectfully submitted,

*avraham moskowitz*

Avraham C. Moskowitz

---

In light of this status report, Ms. Orsini's application for appointment of new counsel is hereby deemed withdrawn, and the February 12, 2025 hearing is ADJOURNED sine die.

Dated: February 5, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge