

Application granted. Defendant Jamie Orsini may file a reply brief by May 12, 2025 limited to the issues raised in her motion (Doc. 120) and the Government's opposition thereto (Doc. 130). The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 131).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         April 2, 2025

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:    *United States v. Jamie Orsini*
       23 Cr. 402 (PMH)

Dear Judge Halpern:

On March 24, 2025, I was appointed to represent the defendant Jamie Orsini in the above referenced matter pursuant to the provisions of the Criminal Justice Act ("CJA"}, 18 U.S.C. § 3006A.  Previous defense counsel and the Government submitted post-trial motions.  At this time, I respectfully request that the Court permit the defense to submit a reply.  The Government does not object to the submission of this request to file a reply.  I appreciate the fact that the motions were fully submitted prior to the substitution of counsel hearing that led to my appointment and that the Court, having presided over a full trial in this matter, may not deem that a reply is necessary.  However, I respectfully petition this Court for an opportunity to continue to meet with Ms. Orsini and submit a reply to the Government's response by May 12, 2025.

The Court's time and consideration of this request are greatly appreciated.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:    United States Attorney for the
       Southern District of New York