United States District Court
Southern District of New York

United States of America,
Plaintiff,
v.
Jamie Orsini,
Defendant

Case No.: 7:23-cr-00402-PMH

64142510
Metropolitan Detention Center
Brooklyn, NY 11232

August 18, 2025

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, NY 10601-4150

RE: Request for Substitution of Counsel in Contemplation of Awaiting Sentencing Preparation

Case No.: 7:23-cr-00402-PMH

Case No.: 7:23-cr-00402-PMH

Dear Judge Halpern:

I respectfully write to request that the Court appoint substitute counsel to represent me in the above-captioned matter. I am currently detained at MDC Brooklyn and awaiting sentencing.

Since approximately July 9, 2025, I have had no communication with my attorney, Calvin Scholar. During this period of about five months:
I have received no legal visits;
I have received no emails;
My repeated requests for legal assistance have gone unanswered;
I have received no legal advice.

Because of this lack of communication, I have been unable to coordinate and prepare for my Presentence Investigation Report (PSR), discuss potential objections or corrections, or prepare mitigation evidence for sentencing. Sentencing is a critical stage of my case, and I believe it is impossible to proceed without effective assistance of counsel or through the lack of proper communication.

I therefore respectfully request that the Court relieve my current attorney and appoint new counsel under the Criminal Justice Act to represent me at sentencing and any related proceedings. If necessary, I also request that sentencing be adjourned to allow substitute counsel adequate time to prepare.

I make this request in good faith, not to cause delay, but because the complete absence of communication has created an irreconcilable breakdown in the attorney-client relationship.

Thank you for your attention to this matter.

Respectfully submitted,

Jamie Orsini
Register No: 64142510
MDC Brooklyn