# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR ■ NEW YORK, NY [...]
TELEPHONE: 212-278-1000 ■ FAX: 212-278-[...]
www.AndersonKill.com

[...]n, Esq.
[...]ill.com
[...]8-1008

> Application denied. Defendant has not demonstrated good cause to file a second reply brief in support of her post-trial motion.
>
> SO ORDERED.
>
> *[signature]*
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 20, 2025

2025

Re:  *United States v. Jamie Orsini*
Dkt  23-Cr-00402(1)(PMH)

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Halpern:

    I have been appointed as counsel to Jamie Orsini in the above matter, replacing Calvin Scholar, Esq. Mr. Scholar has since provided me with a copy of his file and all the discovery and trial evidence in this case. I have reviewed the docket and the prior filings in this case, and I have begun a review of the trial file with my client.

    Currently, the Court is reviewing and will issue a decision on Ms. Orsini's Motion for a New Trial pursuant to FRCrP 29 and 33 [Motion at Dkt 106, Memorandum of Law at 120, Government Opposition at 130, Defendant's reply at 133.]

    I have spoken with Ms. Orsini, and she wishes me to file a supplement to her motion for a judgment of acquittal/motion for a new trial. Therefore, I request of the Court grant me an additional 60 days to file such a motion. This would give me sufficient time to research and brief the issues my client wishes me to present to the Court.

    I have conferred with the Government and it objects to this request, asserting that prior counsel had sufficient time to present any relevant issues and the Court previously indicated (prior to my entry in the case) that no further submissions would be received. I believe that since my client is facing a potential life-term of imprisonment, it is essential to review every possible theory of defense and submit all viable arguments to the Court prior to its decision on the motion.

    I thank the Court for its consideration of this request.

                        Very truly yours,

**Anderson Kill P.C.**

Page 2

*Sam Braverman*

Samuel M. Braverman, Esq.
National Co-Chair,
Government Enforcement,
Internal Investigations, and
White-Collar Defense Group
