# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR    NEW YORK, NY
212-278-1000    FAX:  212-278-1733
www.AndersonKill.com

> The Court has previously granted this request. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 145).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           February 24, 2026

February 23, 2026

Re:    *United States v. Orsini*
Dkt.:    7:23-cr-00402-PMH

**BY ECF**
Hon. Phillip M. Halpern
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Halpern,

I was assigned, pursuant to the Criminal Justice Act, to represent Jaime Orsini. Ms. Orsini has been convicted after trial of Carjacking Resulting in Death, which exposes her to a potential life term of imprisonment. In order to assist in preparing for the sentencing of this matter, I respectfully request mitigation counsel be assigned to work with me on this case. I further ask that they be compensated at the CJA presumptive rate of $125/hour. I expect that this will be approximately 50 hours of work, and I will come back to the Court for additional authorization should the 50-hour mark be reached.

Respectfully submitted,

*s/Sam Braverman*

Sam Braverman
Anderson Kill
Times Square Tower, 15th Floor
New York, NY 10036
(212) 278-1008

New York, NY    Newark, NJ    Philadelphia, PA    Washington, DC    Stamford, CT    Los Angeles, CA    Boston, MA