UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA      :

     :

v.      :     **ORDER**

     :

JAMIE ORSINI,      :     7:23-cr-00402 (PMH)

     :

                Defendant.      :
------------------------------------------------------------x

A status conference is scheduled for May 18, 2026 at 12:00 p.m. in Courtroom 520 at the White Plains Courthouse to discuss Defendant's request for an adjournment of her June 16, 2026 sentencing date (Doc. 149).

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
        May 15, 2026

_____
Philip M. Halpern
United States District Judge