ANDERSON KILL P.C.

Attorneys and Counselors at Law

7 TIMES SQUARE, 15TH FLOOR  NEW YORK, NY 10036 TEL: 212-278-1000  FAX: 212-278-1733
www.AndersonKill.com

Samuel M. Braverman, Esq.
SBraverman@AndersonKill.com
Tel. 212-278-1008

July 12, 2026

Re: *United States v. Orsini*
Dkt.: 7:23-cr-00402-PMH

**BY ECF**
Hon. Phillip M. Halpern
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Dear Judge Halpern,

I have been assigned, pursuant to the Criminal Justice Act, to represent Jaime Orsini in the above matter. This Court has previously authorized my retention of a mitigation specialist in this matter. That specialist has worked on this matter for several months and is preparing a report for this Court for sentencing. Previously this Court authorized up to 50 hours of work for the mitigation specialist. I am informed that the specialist is reaching that limit and requests an additional 20 hours to complete her work in this case.

Therefore, in order to assist me in preparing for the sentencing of this matter, I respectfully request that mitigation specialist be authorized to work for an additional 20 hours beyond the initial authorization of 50 hours. I thank the Court for its consideration of this request.

Respectfully submitted,

s/Sam Braverman

Sam Braverman
Anderson Kill
Times Square Tower, 15th Floor
New York, NY 10036
(212) 278-1008