# ANDERSON KILL P.C.

Attorneys and Counselors at Law

7 TIMES SQUARE, 15TH FLOOR ▯ NEW YORK, NY 10036 TEL: 212-278-1000 ▯ FAX: 212-278-1733
www.AndersonKill.com

Samuel M. Braverman, Esq.
SBraverman@AndersonKill.com
Tel. 212-278-1008

July 13, 2026

Re: *United States v. Jamie Orsini*
Dkt.: 7:23-cr-00402-PMH

**BY ECF**
Hon. Phillip M. Halpern
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Dear Judge Halpern,

I have been assigned, pursuant to the Criminal Justice Act, to represent Jaime Orsini in the above matter. This Court has previously set a submission deadline of July 14, 2026 for the defense sentencing materials. I seek a 1-day extension of that deadline to July 15, 2026. Per AUSA Michael Maiman, the Government has no objection to this request.

As I detailed at the last court appearance, I have engaged two experts to assist in the preparation of the defense submissions. Those two experts have provided me with more than 50 pages of reports, plus an additional 100 pages of exhibits, over the last week that I am reviewing and organizing into my submission, with my additional arguments. I also received an additional 200 pages of responses to my subpoenas last Thursday, and am waiting for an additional expected 100 pages of reports. I still have 4 outstanding FOIL requests for documents that I am trying to obtain.

Therefore, in order to assist me in preparing for the sentencing of this matter, I respectfully request that this Court grant me an extra day to finish assembling my submission. I thank the Court for its consideration of this request.

Respectfully submitted,

s/Sam Braverman

Sam Braverman

Anderson Kill
Times Square Tower, 15th Floor
New York, NY 10036
(212) 278-1008