ANDERSON KILL P.C.

Law

7 TIMES SQUARE, 15TH FLOOR ▯ NEW YO
212-278-1000 ▯ FAX: 212-278-1733
www.AndersonKill.com

, Esq.
ll.com
-1008

Defense counsel is directed to submit his request through the CJA eVoucher system. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 156).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 13, 2026

26

Re: *United States v. Orsini*
Dkt.: 7:23-cr-00402-PMH

**BY ECF**
Hon. Phillip M. Halpern
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Dear Judge Halpern,

I have been assigned, pursuant to the Criminal Justice Act, to represent Jaime Orsini in the above matter. This Court has previously authorized my retention of a mitigation specialist in this matter. That specialist has worked on this matter for several months and is preparing a report for this Court for sentencing. Previously this Court authorized up to 50 hours of work for the mitigation specialist. I am informed that the specialist is reaching that limit and requests an additional 20 hours to complete her work in this case.

Therefore, in order to assist me in preparing for the sentencing of this matter, I respectfully request that mitigation specialist be authorized to work for an additional 20 hours beyond the initial authorization of 50 hours. I thank the Court for its consideration of this request.

Respectfully submitted,

s/Sam Braverman

Sam Braverman
Anderson Kill
Times Square Tower, 15th Floor
New York, NY 10036
(212) 278-1008