MUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :
:
v. :
:
JAMIE ORSINI, :
:
Defendant. :

-----------------------------------------------------------x

**ORDER**

7:23-cr-00402-01 (PMH)

On July 14, 2026, Defendant Jamie Orsini, through defense counsel, submitted her sentencing submission via email in advance of the August 11, 2026 sentencing hearing. Defendant requests to file her sentencing submission under seal because the documents relate to minors, sexual assaults and other protected information. The Government is directed to file a response to Defendant's request to file her sentencing submission under seal by July 21, 2026.

**SO ORDERED:**

Dated: White Plains, New York
July 16, 2026

Philip M. Halpern
United States District Judge