LAW OFFICES OF
KOFFSKY & FELSEN, LLC
1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

July 27, 2026

**By ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: United States v. Nicholas Orsini and Jamie Orsini, S1 23 Cr. 402 (PMH)**
**Objection to Sealing of Co-Defendant's Sentencing Submission**

Dear Judge Halpern:

I, together with Andrew Patel, represent defendant Nicholas Orsini in the above-referenced matter. We write in response to the pending application by counsel for co-defendant Jamie Orsini to file her sentencing submission and supporting materials entirely under seal, and to the Government's July 21, 2026 letter opposing that application. We respectfully submit that, at minimum, the submission may not be sealed as to Nicholas Orsini.

As the Court is aware, Jamie Orsini and Nicholas Orsini are co-defendants convicted after trial of carjacking resulting in the death of Jamie Orsini's ex-husband. Jamie Orsini's sentencing is scheduled for August 11, 2026, and Nicholas Orsini's sentencing follows two days later, on August 13, 2026. Nicholas Orsini's sentencing memorandum has been filed on the public docket.

Because the two sentencings are sequential and the record indicates that each co-defendant's culpability has been, and will continue to be, contrasted against the other's, Nicholas Orsini has a direct and particular interest in the contents of Jamie Orsini's submission that is distinct from the general public's interest in access. We raised this concern directly with the Government by email on July 23, 2026, asking whether Jamie Orsini's submission contains material that casts Nicholas Orsini in a negative light or makes allegations against him. The Government confirmed in writing that it does. We then asked whether the Government would object to Nicholas Orsini receiving a copy of the submission and attachments so that he would have an opportunity to respond if the Court required him to do so. The Government advised that it has no objection whatsoever.

Given this record, Nicholas Orsini respectfully objects to Jamie Orsini's request that her sentencing submission be filed under seal, at least as to any portion referencing him, his conduct,

or his relative culpability. Sealing that material would leave Nicholas Orsini unable to know, let alone respond to, allegations that may bear on his own sentencing two days later, including any allegations the Court may credit or rely upon, consciously or otherwise, in fashioning his sentence. Basic fairness and Nicholas Orsini's right to be heard require that he and his counsel be permitted to review the full submission in advance of his sentencing and to respond to any allegations concerning him, whether in writing or at the sentencing hearing itself.

We further note that Jamie Orsini and Nicholas Orsini were married to one another at the time of the offense, and it appears the submission may reference communications between them during the marriage. To the extent the submission discloses or relies upon such communications, Nicholas Orsini may hold his own, independent privilege interest in those communications that is not his co-defendant's to waive unilaterally. We ask that Nicholas Orsini be afforded the opportunity to review that material and to raise any privilege objection before the Court considers or relies upon it.

Accordingly, we respectfully request that the Court: (1) deny Jamie Orsini's request to file her sentencing submission under seal as to any material referencing Nicholas Orsini; (2) direct that Nicholas Orsini's counsel be provided a complete copy of the submission and all attachments sufficiently in advance of his August 13, 2026 sentencing to permit a meaningful response; and (3) permit Nicholas Orsini to raise, prior to the Court's consideration of that material, any objection grounded in the marital communications privilege.

We thank the Court for its consideration of this request.

Respectfully submitted,
/s/ *Bruce D. Koffsky*
Koffsky & Felsen, LLC

/s/ *Andrew G. Patel*
Law Offices of Andrew Patel

Attorneys for Defendant Nicholas Orsini

cc: All counsel of record (by ECF)