MUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIE ORSINI,<br><br>Defendant. | | **ORDER**<br><br>7:23-cr-00402-01 (PMH) |

On July 14, 2026, Defendant Jamie Orsini, through defense counsel, submitted her sentencing submission via email in advance of the August 11, 2026 sentencing hearing. Defendant requested to file her sentencing submission under seal because the documents related to minors, sexual assaults and other protected information. At the Court's direction, on July 21, 2026, the Government filed a letter opposing Defendant's request to file her sentencing submission under seal (Doc. 162). On July 27, 2026, Defendant Nicholas Orsini also filed a letter opposing Ms. Orsini's request to file her sentencing submission under seal (Doc. 163).

"Federal courts employ two related but distinct presumptions in favor of public access to court proceedings and records: a strong form rooted in the First Amendment and a slightly weaker form based in federal common law." *United States v. Greenwood*, 145 F.4th 248, 254 (2d Cir. 20259 (quoting *Newsday LLC v. County of Nassau*, 730 F.3d 156, 163 (2d Cir. 2013)). In *Greenwood*, the Second Circuit held that the First Amendment right of access applies to sentencing memoranda and accompanying exhibits. *Greenwood*, 145 F.4th at 256. Therefore, Defendant's sentencing memorandum and accompanying exhibits can be sealed only if "specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Id.* "Higher values that may justify redactions include the privacy interests of innocent third parties as well as those of defendants that may be harmed by disclosure,

. . . financial records . . . , family affairs, illnesses, [and] embarrassing conduct with no public ramifications." *Id.*

Defendant has not provided any basis to seal the entirety of her sentencing submission in contravention of the public's First Amendment right to access these materials. A jury found Jamie Orsini and Nicholas Orsini guilty of carjacking resulting in death and participating in a conspiracy to commit carjacking. (*See* Sept. 27, 2024 Min. Entry). The public, Mr. Orsini and, in particular, the victim's family, have a right to access the information contained in Defendant's sentencing memorandum and accompanying exhibits.

Therefore, Defendant's application to seal the entirety of her sentencing submission is DENIED. Consistent with Electronic Case Filing Rules 21.3 and 21.4 and the limitations imposed in *Greenwood*, Defendant shall file under seal and redact from her sentencing submission and accompany exhibits on or before August 3, 2026 at 5:00 p.m. the names of her minor children, the section of Lyndsay Lewis' report dated July 5, 2026 entitled "Community Visit with Jamie Orsini's Children" at pages 17-18 containing information regarding Defendant's minor children, Exhibits A to H of Lyndsay Lewis' report containing Defendant's medical records and information regarding Defendant's minor children, and any other information referred to in ECF Rules 21.3 and 21.4. Defendant shall also provide the Court with an unredacted hard copy of her sentencing submission and accompany exhibits by July 31, 2026.

**SO ORDERED:**

Dated: White Plains, New York
July 29, 2026

Philip M. Halpern
United States District Judge