MUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JAMIE ORSINI,

Defendant.

---

**SCHEDULING ORDER**

7:23-cr-00402-01 (PMH)

The Sentencing Hearing scheduled for August 11, 2026 at 2:30 p.m. in Courtroom 520 is advanced to 1:00 p.m. on the same date.

**SO ORDERED:**

Dated: White Plains, New York
August 7, 2026

Philip M. Halpern
United States District Judge