**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, NY 10278*

August 10, 2026

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Jamie Orsini and Nicholas Orsini*, S1 23 Cr. 402 (PMH)**
**Letters from the Victim's Family in Advance of Sentencing**

Dear Judge Halpern:

Attached, please find letters from friends of Steven Kraft, the victim in this case, in advance of sentencing.

- Exhibit A – Letter from Lori Kaiser
- Exhibit B – Letter from Randy Kraft
- Exhibit C – Letter from Jack Nelson
- Exhibit D – Letter from Charlotte Nelson
- Exhibit E – Letter Donna Eversmann

Respectfully submitted,

JAMIE MCDONALD

United States Attorney for the
Southern District of New York

By: ______________________
Kaiya Arroyo / Michael D. Maimin
Kathryn P. Wheelock
Assistant United States Attorneys
(212) 637-2226 / 2340 / 2415

Cc: Samuel Braverman, Esq.
*Counsel for defendant Jamie Orsini*

Andrew Patel, Esq./Bruce Koffsky, Esq.
*Counsel for defendant Nicholas Orsini*

# EXHIBIT A

Letter from
Lori Kaiser

**From:** Lori Kaiser
**To:** Arroyo, Kaiya (USANYS)
**Subject:** [EXTERNAL] Steven Kraft
**Date:** Saturday, August 8, 2026 11:55:52 AM

Your Honor,

I am writing to you as the aunt of Steven Kraft. My husband and I are foster parents to medically fragile children and cannot travel, which is why I am submitting this statement in writing rather than attending the sentencing in person.

I know you face a very difficult decision. While the defendants, Jamie and Nick, can speak for themselves, my nephew no longer has a voice. His mother, my late sister-in-law Diane, also cannot be here to speak to how deeply he was loved. I am writing to do my best to speak on Steven's behalf.

Steven was a deeply loved member of our family who joined the Marines after high school. Above all else, he loved his two daughters. He was working hard to better himself and become the father they deserved. He chose to live alone in New York, away from the support of his family in Illinois, solely to remain close to his daughters and fight for custody. We believe this threat to custody is what motivated Jamie and Nick to take his life.

The defendants have left Steven's children to cope with the devastating reality that their mother and stepfather murdered, dismembered, and burned their father. While the defense may present arguments of coercion or remorse, the communication between the defendants immediately following the crime indicates a complete lack of remorse.

Steven's murder has devastated our family. His father, my brother Dean, is barely holding on, and the lives of Steven's daughters have been permanently ruined.

Your Honor, I respectfully ask that you sentence both Jamie and Nick to life in prison. They have shown no remorse for taking a human life, and they should not be permitted to return to society.

Thank you for your time and consideration.

Sincerely,

Lori Kaiser
Steven Kraft's Aunt

# EXHIBIT B

Letter from
Randy Kraft

**From:** Randy Kraft
**To:** Arroyo, Kaiya (USANYS)
**Subject:** [EXTERNAL] Justice for Steve Kraft
**Date:** Saturday, August 8, 2026 1:06:35 PM

Dear honorable Kaiya Arroyo

Hi my name is Randy Kraft. I am the uncle of Steven Kraft. I am also a fellow United States Marine like Steven. So he is not only my nephew, but a brother in arms. He was taken from us far too soon. I would like too request that you would issue the maximum life without parole to Jamie and Nickolas Orsini. For the horrendous and inhumane act they committed on my nephew Steven.

I have seen the toll this has taken on Stevens father and siblings. The pain they have struggled through and still suffer to this day. Two people as cruel and evil as Jamie and Nickolas. Should never, ever be allowed to walk the streets of our society ever again.

Steven didn't serve this country to have his life cut short. By two idiotic punks. That think they can get away with anything they choose. Without any consequences for their actions. We need to stand firm and create a safe society for all American citizens.

If Steven or I or any armed forces personnel did such a brutal or heinous crime such as this while serving. That would violate all international laws under the Geneva convention treaties. That would be punishable by death .

But I know this isn't international, and the State of New York doesn't do the death penalty. But you honorable Judge. You have the power to issue the maximum sentence to two predators of human life. So please your honor. Listen to my plea for justice for Steven Kraft. Give them life without parole.

I want to thank you for taking the time to read my plea for justice. For my nephew Steven Kraft. Take care and God Bless

Sincerely Randy Kraft

# EXHIBIT C

Letter from
Jack Nelson

**From:** Charlotte Nelson
**To:** Arroyo, Kaiya (USANYS)
**Subject:** [EXTERNAL] Steven Kraft
**Date:** Saturday, August 8, 2026 4:14:02 PM

My name is Jack Nelson II. I first met Steven in July of 2017 when my mother was dating his father. He stayed for a 2-week visit and we became instant friends and eventually Brothers. After his visit, we still were texting and talking to each other regularly. His dad and I took a trip to New York to visit with Steven and his three daughters. It was a wonderful vacation and I'm glad I got to see where he lived. In 2019 he was visiting us again in Illinois and was going to be returning in 6 weeks. He asked if I wanted to come and stay with him until he drove back to Illinois. My mom was totally freaking out because I am legally blind and had never really been away from her. She felt very confident and trusted that Steven would take good care of me LOL. He was going to be returning again in 2020 so I had an airline ticket booked for April to go and visit him and he was going to drive us back to Illinois. Because covid hit and New York was a hot spot, we opted to delay the trip until things calmed down. I was supposed to be there with him when all of this happened. If I had been there maybe it would not have happened or maybe they would have killed us both.. I am an only child and lost my dad in 2011 from cancer. This incredible loss has hurt me more than anyone will ever know. I went to the trial in 2024 and had to listen to all the horrible things they had done to him. That was hard. They have never apologized or shown any remorse for their actions. I would like to see them punished to the fullest extent of the law. I would like to thank you so much for considering my feelings and thank the New York judicial system for bringing them to Justice. Sincerely, Jack A. Nelson II.

# EXHIBIT D

Letter from
Charlotte Nelson

**From:** Charlotte Nelson
**To:** Arroyo, Kaiya (USANYS)
**Subject:** [EXTERNAL] Steve Kraft
**Date:** Monday, August 10, 2026 8:27:55 AM

---

My name is Charlotte Nelson and I'm writing this on behalf of Steven Kraft. I met Steven in 2017 when he and his daughter came for a visit to Illinois. I had just started dating his dad.. what an absolutely amazing person he was.. He developed a very strong bond with me and my son. This has been a terrible hardship on everyone that knew him. To lose a son is unimaginable for me. Losing him has been a terrible tragedy for everyone involved. I have been through all of this with his dad and it has taken an incredible toll.. we will suffer this incredible loss for the rest of our lives. I would like to see those who created this scenario be punished for the rest of their lives also. Thank you for allowing us to speak on behalf of Steven as he no longer has a voice. Sincerely, Charlotte A. Nelson.

# EXHIBIT E

Letter from
Donna Eversmann

**From:** Donna Eversmann
**To:** Arroyo, Kaiya (USANYS)
**Subject:** [EXTERNAL] Steven Kraft"s Murder
**Date:** Monday, August 10, 2026 12:22:26 PM

---

To Whom It May Concern:
I am a 2nd second cousin to Steven Kraft. His father Dean Kraft is my first cousin. During Steven's custodial summer visits, he would bring his girls to swim and eat at our house. You could tell he loved his girls, and Dean was ALL smiles with those special times.
Since Stephen went missing, and until it was confirmed that he was dead, Dean doesn't smile a lot anymore. Dean lost the love of his life, and the mother of his children, Diane Kraft, to cancer. After a loss like that you seem to want your children closer, but you let them live their lives. Dean always looked forward to the visits from Steven and phone calls, keeping in touch.

I said my share of prayers for Dean and Steven that he would be found alive. But that wasn't meant to be because of the EVIL acts of Jaime and Nicholas. What would possess someone who gave birth to a man's children to kill and dispose of his body??? PURE EVIL, that's what! No RESPECT for a human life!! Divorce wasn't good enough for her, he HAD TO BE KILLED. As far as Nicholas goes, he can't have a heart or right mind, to help Jaime plan and follow through with a HEINOUS CRIME!!

In my opinion they BOTH should get the Death penalty or at least Prison without the chance of parole. I understand Jaime's mom is raising her and Steven girls, what a shame for those children. Jaime shouldn't even be called a MOTHER! A MOTHER wouldn't put her children through this drama and shame. I don't think either should be able to walk around in society, ONLY BEHIND BARS!!

You may think I am mad, you are right!! Dean has been put through HELL reliving what happened to his son. How can he get to sleep every night thinking of Steven. The nightmare will NEVER end for Dean. Please do all you can to keep these killers locked up for life. Dean was always an easy-going man. Liked a good laugh and enjoyed life. I see the difference this murder has made in Dean's life. Not only does Steven deserve JUSTICE, SO DOES DEAN!!

Sincerely,
Donna Eversmann
405 Bunker Hill Dr.
Collinsville, IL. 62234