**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, NY 10278*

August 10, 2026

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Jamie Orsini and Nicholas Orsini*, S1 23 Cr. 402 (PMH)**
**Letters from the Victim's Family in Advance of Sentencing**

Dear Judge Halpern:

Attached, please find an additional letter from a friend of Steven Kraft, the victim in this case, in advance of sentencing.

- Exhibit A – Letter from Ritchie Maestro

Respectfully submitted,

JAMIE MCDONALD

United States Attorney for the
Southern District of New York

By: ______________________
Kaiya Arroyo / Michael D. Maimin
Kathryn P. Wheelock
Assistant United States Attorneys
(212) 637-2226 / 2340 / 2415

Cc: Samuel Braverman, Esq.
*Counsel for defendant Jamie Orsini*

Andrew Patel, Esq./Bruce Koffsky, Esq.
*Counsel for defendant Nicholas Orsini*

# EXHIBIT A

Letter from
Ritchie Maestro

**From:** Ritchie Maestro
**To:** Arroyo, Kaiya (USANYS)
**Subject:** [EXTERNAL] Sentencing
**Date:** Monday, August 10, 2026 4:39:36 PM

Hello Counselor Arroyo,
It's been brought to my attention the premeditated hideous crime that Steven Kraft was a victim of.

Other than being a public safety personnel (Ocean Lifeguard), I am also a U.S. Marine and a friend of Randy Kraft.

I strongly suggest to push for life without parole for Jamie and Nickolas
Orsini or even the death penalty if your state permits it. Considering how extremely grievous the crime was.

Respectfully and regretfully for the loss of a fellow U.S. Marine. Thank you.

Ritchie Maestro