Criminal Notice of Appeal - Form A

U.S. DISTRICT COURT
FILED
AUG 11 2026
WP
S.D. OF N.Y.

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
United States v.
Jamie Orsini

Docket No.: 23 Cr 402
Philip Halpern
(District Court Judge)

Notice is hereby given that Jamie Orsini appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] ____________ (specify)
entered in this action on Aug 11, 2026 (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [X] Other [ ]

Defendant found guilty by plea [ ] trial [X] N/A [ ]

Offense occurred after November 1, 1987? Yes [X] No [ ] N/A [ ]

Date of sentence: Aug 11, 2026 N/A [ ]

Bail/Jail Disposition: Committed [X] Not committed [ ] N/A [ ]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

Appellant is represented by counsel? Yes [X] No [ ] If yes, provide the following information:

Defendant's Counsel: Samuel Braverman

Counsel's Address: Anderson Kill, PC
7 Times Square, NY NY 10036

Counsel's Phone: 212 278-1008

Assistant U.S. Attorney: AUSA Kaiya Arroyo

AUSA's Address: USAO
50 Main Street, White Plains 10601

AUSA's Phone: 212 637-2226

Sam Braverman
Signature