which is also going to be mailed.

Sat, Jul 18, 8:21 PM



Governor Cuomo Announces New COVID Rental Assistance Program
governor.ny.gov

Mon, Jul 27, 8:21 AM

This shall serve as 24 hour notice for an inspection of the apartment located at 10 west church st apt 2 for tomorrow at 9am.

Tue, Jul 28, 6:30 AM

"I am vacating the place effective today and leaving the key taped to the front door at 8:45am. I am bankrupt and there is nothing I can do. It'll be faster for you to hire a cleaning crew on your own to remove the leftovers from the place and take immediate possession."

**GOVERNMENT EXHIBIT 518**
23 Cr. 402 (PMH)