Dear Judge Halpern,

I write to you today so that you can hear me and my voice tell you about me. There are things that I've done well and things I've done horribly wrong. My current defense team has done their best to tell you everything there is to know about me but I need you to hear it in my own words. Things I have done terribly wrong include not immediately reporting truthfully to the police that my current husband murdered my ex husband. Whatever my reasons for doing that, I failed myself and my children. Along the way in my life there were many crimes committed against me that I did not honestly report. And I have learned that some of the people who committed crimes against me committed crimes against other people. I have done some things right in my life. I have four of the most beautiful children ever and I love them more than anyone will know. Being apart from them over the last three years and knowing that im likely to be away from them for a long time cause pain and suffering every second of my day that will be hard of anyone else to understand. There have been many times in my life during this case when I wanted to speak up and out loud about what I know and didnt. Sometimes that was based on what I was told by previous attorneys; the government and law enforcement not willing to talk to me;

sometimes that was based on fear that what happened to Steven would happen to me and my children. It is very hard for someone to understand how Ive spent everyday of my life being abused but I have. Ive been in survival mode for as long as I can remember. As much as Ive tried to be positive, hoping the sun will come out tomorrow, it never does. The reality of death has lingered on my door. If you look for me to be guilty in this case, it is easy to believe I am. However, I hope you will consider things arent always what they seem. Please allow me to explain how I am innocent of what Ive been convicted of. I would like you to know that I am more than who I am on paper. I am a good mother and a good person. I admit Ive had poor judgment and picked abusive men for husbands. I recognize my mistakes and it wont happen again. Please dont define me by the men Ive picked. I made wrong choices in this case because I felt helpless like there was no choice. To be clear, I did not know about Steven Kraft's death beforehand. I did not conspire to carjack or kill Steven Kraft. I did not kill Steven Kraft. I am innocent of the crimes Ive been convicted of. My codefendant Nicholas Orsini killed Steven Kraft. There was never a conspiracy. In April 2020, Nicholas Orsini showed me a text message thread between him and Anthony Hardisty where they agreed Nicholas would do some work on the property (10 W Church St Beacon NY). Nicholas was to paint the front wall; pressure wash; fix the fence. Nicholas told me to buy some painting

supplies that he would need to complete the work he agreed to. I had no reason to doubt him nor did I question him so, I bought the painting supplies from the local Home Depot. On 4/28/2020 I learned of Steven Kraft's death when I saw his dead body on the basement floor at 10 W. Church St Beacon NY. Steven had a gash to the head, there was blood everywhere and I saw a silver hammer like object covered in blood next to where Nicholas stood. Nicholas was upset and threatened to kill me and my children. After being threatened, I did everything Nicholas instructed me to do. I failed to bring Nicholas to immediate justice. That night, I sent a series of text messages that Nicholas told me to. I did not call the police. The next day Nicholas put me and the children in our family vehicle, instructing us to leave our personal cell phones behind. Nicholas drove us to Amsterdam NY with Stevens remains in the back of our SUV. When we reached Covey Rd, Nicholas decided to bury Steven there. Nicholas dragged Stevens body out of the vehicle and downhill. I drove away and did not call the police. As instructed, I returned to Covey Rd about an hour later to get Nicholas. Nicholas drove us back home to Beacon. In the days that followed, Nicholas burned evidence along with our regular garbage in a homemade "burn bin". He fused the murder weapon to the bottom of the bin. The bin was eventually taken by a local (who had no

idea about the murder or the bin's history) and I believe this person still has the bin in their possession. Around this time, I had began lying to the police when questioned and failed to disclose the information I knew. At some point, Nicholas instructed me to send text messages to Steven's phone. I regret doing everything I did. I let the fear of what would happen to me and my children get in the way of doing the right thing. As a result of that fear, I failed the Kraft Family, my children, myself, the law and justice. I accept responsibility for my actions. I apologize for my actions. Since pretrial status I wanted to tell the government the truth and provide the location of Steven's remains. To this day, I am told the government doesnt want to hear from me. Still, I told my current attorney to provide the government with the name of the road where Steven is buried (Carey Rd). I have done everything I could since my incarceration to give the Kraft Family closure. I hope you take my efforts into consideration. I understand that I should be held accountable for my actions. I ask that I am punished for my actions and not the actions of my codefendant. I ask that you allow me to return to society and my responsibility of parenting my children. My children are bonded siblings and Ive always been their primary caregiver. This experience has completely devastated them and they have been suffering since June 15, 2023. My children extremely traumatized and have

been greatly affected by my incarceration. [redacted] While my mother and I often disagree on how the children should be raised, I know the children are safe in her care and I appreciate her keeping them all together so they have the support of each other and dont end up separated in an abusive foster system. I am grateful for my mothers help. I appreciate what she is doing for me and the kids. I ask that I am not sentenced to a term of years that outlast my mother.

[signature]