**Honorable Philip Halpern**

**United States District Court**

**Southern District of New York**

**Re: Sentencing Letter for Jamie Orsini**

**Dear Judge Halpern:**

**My name is Joanne Lloyd, and I am Jamie Orsini's biological mother. I have known Jamie her entire life and respectfully submit this letter for your consideration at sentencing.**

**Jamie has always been a caring and compassionate person. From a young age, she showed concern for others, especially those in need. I have watched her donate clothing, household items, and other necessities directly to families who were struggling. She has consistently tried to help people in her community whenever she could.**

**Jamie is the third of my four children. Her biological father passed away only weeks before her fifth birthday. Although she was very young and had limited memories of him, I believe that loss affected her throughout her life. After I remarried, she came to know my husband as her father, but the absence of her biological father remained a difficult part of her childhood.**

**Despite these challenges, Jamie was a bright and helpful child. She taught her sister and me how to use a computer, looked after her younger sister, and always made an effort to think of others. She often worked with her grandmother to purchase birthday gifts for family members. Jamie was also subjected to harassment and teasing because of the color of her skin during elementary school and was stalked by neighborhood boys during high school. These experiences had a lasting impact on her.**

**As an adult, Jamie experienced years of abuse in her relationships. During her first marriage, she was isolated from her family and was**

**often unable to contact us freely. She later returned home after difficulties in that relationship.**

**Her current marriage was also marked by abuse. There were multiple occasions when Nicholas Orsini physically assaulted her. On one occasion, he threw her into a vehicle dashboard, causing visible injuries and swelling to her chest. On another occasion, while Jamie was attending Orange County Community College, he took her laptop, threw it to the ground, and smashed it into pieces. My husband, my autistic granddaughter, and I traveled to Amsterdam to bring Jamie home, and my husband purchased a replacement laptop so she could continue her education.**

**In my opinion, Jamie was trying to improve her life through education and create a better future for herself and her children. I am not writing this letter to attack or disparage anyone. I am simply sharing the truth as I know it. The abuse continued for years and resulted in significant physical and emotional harm, ultimately leading to an Order of Protection after she sustained facial and eye injuries.**

**Despite her own struggles, Jamie has always tried to protect and care for her children. She is the primary caregiver for her disabled, nonverbal, autistic daughter and has been the primary caregiver for her two sons. Her children face significant challenges of their own, including serious mental health issues that require ongoing support and treatment.**

**Even while incarcerated, Jamie has remained actively involved in her children's lives. She regularly communicates with them, assists with their homeschooling requirements, and helps with quarterly educational reports. She remains in contact with her daughter's mental health counselors and continues to participate in important decisions regarding her children's care and well-being. Despite her circumstances, she has worked diligently to maintain her parental responsibilities and provide emotional support to her children. Her continued involvement demonstrates her commitment as a mother and her dedication to her children's education, mental health, and overall development.**

[redacted]

**Jamie is not only a mother in title; she is an active and essential presence in her children's lives. Even during her incarceration, she has continued to guide, support, and advocate for them. Her children depend on her, and her absence has created significant emotional hardship for the entire family. While her children are currently in my care, their mother is irreplaceable. I firmly believe that allowing Jamie the opportunity to return home as soon as possible would greatly benefit her children and provide the stability they desperately need.**

**Jamie also remains deeply concerned about her eighty-three-year-old grandmother, who suffers from many medical conditions. They have always shared a close relationship, and Jamie worries about her well-being every day.**

**I respectfully ask the Court to consider the many hardships Jamie has endured, her role as a devoted mother, and the needs of her children when determining her sentence. I respectfully request the lowest sentence possible, whether that be time served, home confinement, or another alternative that would allow her to reunite with and care for her family. I also respectfully request that she remain at MDC while her appeal is pending.**

**I firmly believe Jamie can become a productive and positive member of society upon her release. She was gainfully self-employed with Amazon, has plans for future business ventures, and has a strong family support system ready to help her. I am fully prepared to support her and her children in every way possible as she continues to rebuild her life.**

**Thank you for your time, consideration, and attention to this very delicate matter.**

**Respectfully,**

**Joanne Lloyd**

**Mother of Jamie Orsini**