UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

vs.

23 Cr 402 (PMH)

JAMIE ORSINI,

Defendant. :

-----------------------------------------------X

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant JAMIE ORSINI remain confined at the Metropolitan Detention Center in Brooklyn, New York, until her appeal has been fully briefed to facilitate access to appellate counsel. A copy of this Order shall be forwarded to the Bureau of Prisons.

DATED: September 2, 2026

SO ORDERED

HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE