# ANDERSON KILL P.C.

s at Law

7 TIMES SQUARE, 15TH FLOOR ■ NEW Y
TELEPHONE: 212-278-1000 ■ FAX: 212
www.AndersonKill.com

rman, Esq.
onKill.com
-278-1008

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 183).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 2, 2026

1, 2026

Re: *United States v. Jamie*
Dkt.: 23 Cr 402

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Halpern

Jamie Orsini was sentenced on August 11, 2026 to life imprisonment. At sentencing, on the request of the defense that Ms. Orsini continue to be housed at her current facility to facilitate access to her new appellate counsel pending the filing of the briefs in her anticipated appeal, the Court made that recommendation. I write to respectfully request, pursuant to Rule 38(b)(2) of the Federal Rules of Criminal Procedure, that the Court issue the attached proposed order recommending that the Bureau of Prisons ("BOP") allow Ms. Orsini to remain at the Metropolitan Detention Center in Brooklyn to facilitate access to her appellate counsel pending the filing of the briefs in her anticipated appeal.

Rule 38(b)(2) provides that "[i]f the defendant is not released pending appeal, the court may recommend to the Attorney General that the defendant be confined near the place of the trial or appeal for a period reasonably necessary to permit the defendant to assist in preparing the appeal." Fed. R. Cr. Proc. 38(b)(2). *See e.g., United States v. Carl*, No. 07-CR-29-P-S, 2008 WL 4615556 (D. Me. Oct. 16, 2008) (issuing similar order).

I thank the Court for its consideration of this request and I am available to answer any questions.

Very truly yours,
*Sam Braverman*
Samuel M. Braverman, Esq.
National Co-Chair,
Government Enforcement,
Internal Investigations, and
White-Collar Defense Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

UNITED STATES OF AMERICA,

**[PROPOSED] ORDER**

vs.

23 Cr 402 (PMH)

JAMIE ORSINI,
Defendant.

:

---------------------------------------------X

[PROPOSED] ORDER

Pursuant to Federal Rule of Criminal Procedure 38(b)(2), the Court RECOMMENDS to the Bureau of Prisons that defendant JAMIE ORSINI remain confined at the Metropolitan Detention Center in Brooklyn, New York, until her appeal has been fully briefed to facilitate access to appellate counsel. A copy of this Order shall be forwarded to the Bureau of Prisons.

DATED:

SO ORDERED

________________________________
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE